ORIGINAL
FILED

07 JUL 16 PM 3: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

1  Eric H. Gibbs (State Bar No. 178658)
     ehg@girardgibbs.com
2  Dylan Hughes (State Bar No. 209113)
     dsh@girardgibbs.com
3  Geoffrey A. Munroe (State Bar No. 228590)
     gam@girardgibbs.com
4  Daniel T. LeBel (State Bar No. 246169)
     dtl@girardgibbs.com
5  **GIRARD GIBBS LLP**
6  601 California Street, 14th Floor
   San Francisco, California  94108
7  Telephone:  (415) 981-4800
   Facsimile:  (415) 981-4846
8
   Attorneys for Individual and Representative
9  Plaintiff John Irvine

10

11                  UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                                                    MMC

14  JOHN IRVINE, on behalf of himself and all    C 07    3651
    others similarly situated,                    Case No.

15                      Plaintiff,
                                                  **CLASS ACTION**
16        v.
                                                  **DECLARATION OF PLAINTIFF'S**
17  GENERAL MOTORS CORPORATION, a                 **COUNSEL PURSUANT TO CALIFORNIA**
    Delaware corporation; and ONSTAR             **CIVIL CODE SECTION  1780(c)**
18  CORPORATION, a Delaware corporation,

19                      Defendants.

20

21

22

23

24

25

26

27

28

1    I, Eric H. Gibbs, declare as follows:

2        1.    I am a partner with Girard Gibbs LLP, counsel for the Plaintiff in this action. I have

3    personal knowledge of the facts stated herein and, if called upon to do so, could and would testify

4    competently thereto.

5        2.    I submit this affidavit on behalf of the Plaintiff and in support of the Class Action

6    Complaint for Declaratory and Equitable Relief, which is based in part on violations of the Consumers

7    Legal Remedies Act, California Civil Code §§ 1750 *et seq.*

8        3.    Defendants General Motors Corportion and OnStar Corporation are both doing business

9    in Contra Costa County.

10       I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16,

11   2007, at San Francisco, California.

12

13

14   _____
                    Eric H. Gibbs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC. OF COUNSEL PURSUANT TO CAL. CIV. CODE SECTION 1780(c)