ORIGINAL FILED

07 JUL 16 PM 3:30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric H. Gibbs (State Bar No. 178658)
  ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
  dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
  gam@girardgibbs.com
Daniel T. LeBel (State Bar No. 246169)
  dtl@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

E-Filing

Attorneys for Individual and Representative
Plaintiff John Irvine

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MMC

JOHN IRVINE, on behalf of himself and others similarly situated,

  Plaintiff,

  v.

GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation,

  Defendants.

Case No. C 07-3651

**CLASS ACTION**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  TO THE COURT CLERK AND ALL PARTIES OF RECORD:

2      Pursuant to Civil Rule L.R. 3-16, the undersigned certifies that as of this date, other than the
3  named parties, there is no such interest to report.

5  DATED: July 16, 2007

    Respectfully submitted,

**GIRARD GIBBS LLP**

By: _____
    Eric H. Gibbs

Dylan Hughes
Geoffrey A. Munroe
Dan T. LeBel
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff John Irvine

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS