Eric H. Gibbs (State Bar No. 178658)
  ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
Daniel T. LeBel (State Bar No. 246169)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff John Irvine

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IRVINE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 3:07-CV-3651-MMC <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** <br><br> **Civil Local Rule 3-13** |

On July 16, 2007, Plaintiff filed a Class Action Complaint against Defendants General Motors Corporation and OnStar Corporation. The action asserts claims for breach of warranty and violation of consumer statutes arising from Defendants' notice to vehicle owners and lessees that their OnStar communication systems are obsolete and, as of January 1, 2008, will no longer function.

Several similar class action complaints have been filed in other courts arising from the same notice to vehicle owners and lessees with obsolete OnStar systems, and asserting similar claims. Pursuant to Local Rule 3-13, Plaintiffs notify the Court of the following such actions:

- *Howard Morris, et al. v. General Motors Corp.*, C.A. No. 2:07-11830, pending in the Eastern District of Michigan;

- *Robert C. Weaver v. OnStar Corp., et al.*, C.A. No. 4:07-12036, pending in the Eastern District of Michigan;
- *Robert G. Gordon, et. al. v. OnStar Corp., et al.*, C.A. No. 2:07-1602, pending in the Eastern District of Pennsylvania; and
- *Tammy Hammond v. OnStar Corp., et. al.*, C.A. No. 3:07-2303, pending in the District of South Carolina.

In addition, *Margaret A. Gonzales, et al. v. General Motors Corp, et al.*, C.A. No. 3:07-2580, is pending in this Court, and is the subject of Plaintiffs' concurrently-filed Administrative Motion to Consider Whether Cases Should be Related, pursuant to Local Rule 3-12.

Defendants OnStar and General Motors have moved for centralization of the *Gonzales, Morris, Weaver,* and *Gordon* actions in the United States District Court for the Eastern District of Michigan. That motion is now pending before the Judicial Panel on Multidistrict Litigation as MDL-1867, and is set for hearing on July 26, 2007. Should the Judicial Panel determine that the actions be centralized, transfer of this action to the same court as a "tag-along action," pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, would be appropriate.

DATED: July 19, 2007

Respectfully submitted,

**GIRARD GIBBS LLP**

By: _/s/ Geoffrey A. Munroe_
Geoffrey A. Munroe

Eric H. Gibbs
Dylan Hughes
Dan T. LeBel
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative Plaintiff John Irvine