# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

JOHN IRVINE, on behalf of himself and all others similarly situated,

v.

GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 3651

**MMC**

TO: (Name and address of defendant)

Onstar Corporation, a Delaware corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric H. Gibbs
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUL 1 6 2007
DATE

_MARY ANN BUCKLEY_
(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY  (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108<br>ATTORNEY FOR    PLAINTIFF | 415 981-4800<br><br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch if any.

U.S DISTRICT COURT 312 N SPRING ST
CENTRAL DISTRICT LOS ANGELES CA 90012

SHORT TITLE OF CASE:

JOHN IRVINE v. GENERAL MOTORS

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 186368 | | | | C 07 3651 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; 1780 (c) DECLARATION; CERTIFICATE OF INTERESTED PARTIES; CASE SCHEDULE - ADR MULTI-OPTION PROGRAM; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR HON. MAXINE M. CHESNEY; USDC, SAN FRANCISCO GUIDELINES; ECG REGISTRATION INFO HANDOUT.

2. a. Party served:    ONSTAR CORPORATION, a Delaware
                       corporation by serving CT CORPORATION SYSTEMS, INC.
   b. Person served: MARGARET WILSON
                     Clerk
   c. Address: 818 W SEVENTH ST
               SECOND FLOOR
               LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/17/07 (2) At: 12:37PM

5. Person serving: STEVE KAISER              Fee for service $      .00

APEX ATTORNEY SERVICES           d.  Registered California process server
1055 WEST SEVENTH STREET         (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017            (2) Registration No. 3104
213-488-1500 FAX                 (3) County: LOS ANGELES
                                 (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 07/17/07                         >                  
                                         SIGNATURE