```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    MICKI S. SINGER, Bar No. 148699
 2  micki.singer@sdma.com
    JONATHAN T. RODRIGUEZ, Bar No. 165508
 3  jonathan.rodriguez@sdma.com
 4  One Market Plaza
    Steuart Tower, 8th Floor
 5  San Francisco, California 94105
    Telephone: (415) 781-7900
 6  Facsimile: (415) 781-2635
 7
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
 8  JACQUELINE N. JAUREGUI, Bar No. 095289
    jacqueline.jauregui@sdma.com
 9  AMAND K. MINES, Bar No. 155195
    amand.mines@sdma.com
10  801 S. Figueroa St., 19th Floor
11  Los Angeles, CA  90071
    Telephone: (213) 426-6900
12  Facsimile: (213) 426-6921
13
    Attorneys for Defendants
14  GENERAL MOTORS CORPORATION and
    ONSTAR CORPORATION
15
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IRVINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | CASE NO. C 07 3651 TEH<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: T. E. Henderson |

IT IS HEREBY STIPULATED by and between Plaintiff John Irvine and Defendants General Motors Corporation and OnStar Corporation (collectively "Defendants"), by and through their respective counsel, that pursuant to and in compliance with Local Rule 6-1(a), Defendants

1  shall have an additional eighteen (18) days, up to and including August 24, 2007, to respond to
2  Plaintiff's Complaint.
3
4  Dated: 8/1/07            SEDGWICK, DETERT, MORAN & ARNOLD LLP
5
6                           By _____
                                Micki S. Singer, Bar No. 148699
7                               Attorneys for Defendants
                                GENERAL MOTORS CORPORATION and
8                               ONSTAR CORPORATION
9
10 Dated: 8/1/07            GIRARD GIBBS, LLP
11
12                          By _____
                                Eric H. Gibbs, Bar No. 178658
13                              Attorneys for Plaintiff
                                JOHN IRVINE
14