| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | MICKI S. SINGER, Bar No. 148699 |
| 2 | micki.singer@sdma.com |
| 3 | JONATHAN T. RODRIGUEZ, Bar No. 165508 |
|   | jonathan.rodriguez@sdma.com |
| 4 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 5 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 6 | Facsimile: (415) 781-2635 |
| 7 | |
|   | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 8 | JACQUELINE N. JAUREGUI, Bar No. 095289 |
|   | jacqueline.jauregui@sdma.com |
| 9 | AMAND K. MINES, Bar No. 155195 |
| 10| amand.mines@sdma.com |
|   | 801 S. Figueroa St., 19th Floor |
| 11| Los Angeles, CA 90071 |
|   | Telephone: (213) 426-6900 |
| 12| Facsimile: (213) 426-6921 |
| 13| |
|   | Attorneys for Defendants |
| 14| GENERAL MOTORS CORPORATION and |
|   | ONSTAR CORPORATION |
| 15| |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | JOHN IRVINE, on behalf of himself and all others similarly situated, | CASE NO. C 07 3651 TEH |
| 19 | | **CLASS ACTION** |
| 20 | Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 21 | v. | |
| 22 | GENERAL MOTORS CORPORATION, | Judge: T. E. Henderson |
| 23 | a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation, | |
| 24 | | |
|    | Defendants. | |
| 25 | | |

IT IS HEREBY STIPULATED by and between Plaintiff John Irvine and Defendants General Motors Corporation and OnStar Corporation (collectively "Defendants"), by and through their respective counsel, that pursuant to and in compliance with Local Rule 6-1(a), Defendants

-1-    CASE NO. C 07 3651 TEH

Stipulation Extending Time to Respond to Complaint

shall have an additional eighteen (18) days, up to and including August 24, 2007, to respond to Plaintiff's Complaint.

Dated: 8/1/07

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Micki S. Singer
Micki S. Singer, Bar No. 148699
Attorneys for Defendants
GENERAL MOTORS CORPORATION and
ONSTAR CORPORATION

Dated: 8/1/07

GIRARD GIBBS, LLP

By: /s/ Eric H. Gibbs
Eric H. Gibbs, Bar No. 178658
Attorneys for Plaintiff
JOHN IRVINE

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
8/8/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-    CASE NO. C 07 3651 TEH
Stipulation Extending Time to Respond to Complaint