

A CERTIFIED TRUE COPY

SEP 2 4 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
SEP 28 2007
CLERK'S OFFICE
DETROIT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 4 2007

FILED
CLERK'S OFFICE

FILED
OCT X 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1867

### IN RE General Motors OnStar Contract Litigation

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)  C-07-3651-TEH

On August 17, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Sean F. Cox.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Cox.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of August 17, 2007, and, with the consent of that court, assigned to the Honorable Sean F. Cox.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
              Deputy

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1867
## IN RE General Motors OnStar Contract Litigation

**DIST. DIV. C.A. #**             **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC   2   07-4303~~                  ~~Charlotte M. Fischer v. American Honda Motor Co., Inc., et al.~~ Opposed 9/21/07
CAC   2   07-4402              Kenneth Hounsel, et al. v. General Motors Corp., et al.        07-14116
CAC   2   07-4440              Connie Haywood, et al. v. Volkswagen of America, Inc., et al.  07-14117

CALIFORNIA NORTHERN
CAN   3   07-3651              John Irvine v. General Motors Corp., et al.          07-14118
CAN   3   07-3806              Sandra Williams, et al. v. General Motors Corp.      07-14119

ILLINOIS NORTHERN
ILN   1   07-4153              Carey Stein, et al. v. General Motors Corp., et al.  07-14120

LOUISIANA MIDDLE
LAM   3   07-593               Cheryl Nicholas v. General Motors Corp.              07-14121

SOUTH CAROLINA
SC    3   07-2303              Tammy Hammond v. OnStar Corp., et al.                07-14122

INVOLVED COUNSEL LIST (CTO-1)
MDL NO. 1867
IN RE General Motors OnStar Contract Litigation

Donald Chidi Amamgbo
Amamgbo & Associates, PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621

Philip Bohrer
Bohrer Law Firm, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Mark C. Calahan
Law Offices of Mark C. Calahan
6451 Drexel Avenue
Los Angeles, CA 90048

William A. Chittenden, III
Chittenden, Murday & Novotny, LLC
303 West Madison, Suite 1400
Chicago, IL 60606

Bert H. Deixler
Proskauer Rose, LLP
2049 Century Park, East, Suite 3200
Los Angeles, CA 90067-3206

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Eric H. Gibbs
Girard Gibbs, LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Greg K. Hafif
Law Offices of Herbert Hafif
269 West Bonita Avenue
Claremont, CA 91711-4784

Christopher K. Jones
Keogh, Cox & Wilson
701 Main St.
Baton Rouge, LA 70802

Daniel T. LeBel
Girard Gibbs, LLP
601 California Street, 14th Floor
San Francisco, CA 94108

Aisha S. Lusk
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211

Amand Keith Mines
Sedgwick, Detert, Moran & Arnold, LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556

Micki S. Singer
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Carl Lewis Solomon
Gergel Nickles & Solomon
P.O. Box 1866
Columbia, SC 29202-1866

J. Preston Strom, Jr.
Strom Law Firm, LLP
2110 Beltline Blvd., Suite A
Columbia, SC 29204

Reginald Von Terrell
Terrell Law Group
223 25th Street
Richmond, CA 94804

United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226



September 28, 2007

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

**Re: MDL 1867 – General Motors OnStar Contract Litigation**

| Transfer of Civil Case | CAN # | MIE # |
|---|---|---|
| **John Irvine v General Motors Corp** | 3:07-3651 | 07-14118 |
| **Sandra Williams v General Motors Corp** | 3:07-3806 | 07-14119 |

Dear Sir/Madam:

    Enclosed is a certified copy (or copies) of Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Eastern District of Michigan pursuant to 28 U.S.C. Section 1407. The Honorable Sean F Cox is to preside over this litigation.

    **If the case(s) has been entered into CM/ECF please e-mail the Clerk's Office at the addresses below after the case(s) has been closed. We will retrieve documents electronically. If case(s) is not available on the internet, please provide ONLY a certified copy of the docket sheet and a certified copy of the complaint with any amendments.**

    Eastern District of Michigan case numbers have been assigned and are referenced above.

    Should you have any questions regarding this request, please call me at the number below.

Sincerely,

David J. Weaver, Clerk

By: *[signature]*
Sarah Schoenherr
Data Quality Analyst
(313) 234-5090

**Sarah_Schoenherr@mied.uscourts.gov**