**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                                      General Court Number
Clerk                                                                                                                              415.522.2000

October 3, 2007

United States District Court
Eastern District of Michigan
Office of the Clerk
231 W. Lafayette Blvd.
Detroit, MI 48226

**RE:   John Irvine -v- General Motors Corp., et al., Case Number C-07-3651-TEH**
         **In re General Motors OnStar Contract Litigation, MDL  No. 1867 & No. 07-CV-14118**

Dear Clerk,

       Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

    ☐     Certified copy of docket entries.

    ☐     Certified copy of Transferral Order.

    ☐     Original case file documents.

    X     Please access the electronic case file for all the pleadings you may need.


                                    Sincerely,
                                    RICHARD W. WIEKING, Clerk


                                    by:  Thelma Nudo
                                           Deputy Clerk


Enclosures
Copies to counsel of record