1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER, Bar No. 148699
2  micki.singer@sdma.com
3  JONATHAN T. RODRIGUEZ, Bar No. 165508
   jonathan.rodriguez@sdma.com
4  One Market Plaza
   Steuart Tower, 8th Floor
5  San Francisco, California 94105
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  JACQUELINE N. JAUREGUI, Bar No. 095289
   jacqueline.jauregui@sdma.com
9  AMAND K. MINES, Bar No. 155195
10 amand.mines@sdma.com
   801 S. Figueroa St., 19th Floor
11 Los Angeles, CA  90071
   Telephone: (213) 426-6900
12 Facsimile: (213) 426-6921

13
   Attorneys for Defendants
14 GENERAL MOTORS CORPORATION and
   ONSTAR CORPORATION
15

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 JOHN IRVINE, on behalf of himself and        CASE NO. C 07 3651 TEH
   all others similarly situated,
19                                              **CLASS ACTION**

20          Plaintiff,                          **FURTHER STIPULATION EXTENDING
                                                TIME TO RESPOND TO COMPLAINT**
21      v.

22 GENERAL MOTORS CORPORATION,                  Judge: T. E. Henderson
   a Delaware corporation; and ONSTAR
23 CORPORATION, a Delaware corporation,

24
            Defendants.
25

26      On September 6, 2007  The United States Judicial Panel on Multidistrict Litigation

27 ("JPML"), in the matter of *In Re: General Motors OnStar Contract Litigation, MDL No. 1867*

28 (Hereinafter "MDL No. 1867"), ordered this action conditionally transferred under 28 U.S.C.

1  Section 1407 to the Eastern District of Michigan and assigned to the Honorable Sean F. Cox.

2  (Hereafter, "Conditional Transfer Order").  The Conditional Transfer Order was filed on

3  September 24, 2007.  (A copy of the file-endorsed Conditional Transfer Order is attached hereto

4  as Exhibit "A".)

5      IT IS HEREBY STIPULATED by and between Plaintiff John Irvine and Defendants

6  General Motors Corporation and OnStar Corporation (Collectively "Defendants"), by and

7  through their respective counsel, that Defendants shall have an additional thirty-two (32) days, up

8  to and including November 5, 2007, to respond to Plaintiff's Complaint or until further Order of

9  this Court.

10

11  Dated:  10/3/07                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

12

13                                  By _____

14                                     Jonathan T. Rodriguez, Bar No. 165508
                                      Attorneys for Defendants
15                                     GENERAL MOTORS CORPORATION and
                                      ONSTAR CORPORATION
16

17

18  Dated:  10/3/07                    GIRARD GIBBS, LLP

19

20                                  By _____  BY PERMISSION

21                                     Eric H. Gibbs, Bar No. 178658
                                      Attorneys for Plaintiff
22                                     JOHN IRVINE

23

24

25

26

27

28

-2-

FURTHER STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT



Case 2:07-cv-14118-SFC    Document 1-2    Filed 09/28/2007    Page 1 of 3

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## MDL NO. 1867

### *IN RE General Motors OnStar Contract Litigation*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-1)*

On August 17, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____ F.Supp.2d ____ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Sean F. Cox.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Cox.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of August 17, 2007, and, with the consent of that court, assigned to the Honorable Sean F. Cox.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
Deputy

# EXHIBIT A

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1867
## IN RE General Motors OnStar Contract Litigation

**DIST. DIV. C.A. #**          **CASE CAPTION**

**CALIFORNIA CENTRAL**
~~CAC  2  07-4303~~          ~~Charlotte M. Fischer v. American Honda Motor Co., Inc., et al.~~ Opposed 9/21/07
CAC  2  07-4402          Kenneth Hounsel, et al. v. General Motors Corp., et al.          07- 14116
CAC  2  07-4440          Connie Haywood, et al. v. Volkswagen of America, Inc., et al. 07- 14117

**CALIFORNIA NORTHERN**
CAN  3  07-3651          John Irvine v. General Motors Corp., et al.          07- 14118
CAN  3  07-3806          Sandra Williams, et al. v. General Motors Corp.          07- 14119

**ILLINOIS NORTHERN**
ILN  1  07-4153          Carey Stein, et al. v. General Motors Corp., et al.          07- 14120

**LOUISIANA MIDDLE**
LAM  3  07-593          Cheryl Nicholas v. General Motors Corp.          07- 14121

**SOUTH CAROLINA**
SC  3  07-2303          Tammy Hammond v. OnStar Corp., et al.          07- 14122

## INVOLVED COUNSEL LIST (CTO-1)
## MDL NO. 1867
### IN RE General Motors OnStar Contract Litigation

Donald Chidi Amamgbo
Amamgbo & Associates, PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621

Philip Bohrer
Bohrer Law Firm, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Mark C. Calahan
Law Offices of Mark C. Calahan
6451 Drexel Avenue
Los Angeles, CA 90048

William A. Chittenden, III
Chittenden, Murday & Novotny, LLC
303 West Madison, Suite 1400
Chicago, IL 60606

Bert H. Deixler
Proskauer Rose, LLP
2049 Century Park, East, Suite 3200
Los Angeles, CA 90067-3206

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Eric H. Gibbs
Girard Gibbs, LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Greg K. Hafif
Law Offices of Herbert Hafif
269 West Bonita Avenue
Claremont, CA 91711-4784

Christopher K. Jones
Keogh, Cox & Wilson
701 Main St.
Baton Rouge, LA 70802

Daniel T. LeBel
Girard Gibbs, LLP
601 California Street, 14th Floor
San Francisco, CA 94108

Aisha S. Lusk
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211

Amand Keith Mines
Sedgwick, Detert, Moran & Arnold, LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556

Micki S. Singer
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Carl Lewis Solomon
Gergel Nickles & Solomon
P.O. Box 1866
Columbia, SC 29202-1866

J. Preston Strom, Jr.
Strom Law Firm, LLP
2110 Beltline Blvd., Suite A
Columbia, SC 29204

Reginald Von Terrell
Terrell Law Group
223 25th Street
Richmond, CA 94804